UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WANDA BRUMFIELD | CIVIL ACTION |
| VERSUS | 16-690-SDD-RLB |
| FARMERS INSURANCE CO., RANDY GANTT, AND TRAVELERS INSURANCE CO. | |

### RULING

This matter is before the Court on the *Motion for Summary Judgment*[1] filed by The Travelers Indemnity Company ("Travelers"). Plaintiff Wanda Brumfield filed a letter stating that she has no opposition to Travelers' motion.[2] Therefore, the *Motion for Summary Judgment*[3] by Travelers is GRANTED, and Travelers is dismissed from this case with prejudice.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana this 22 day of June, 2017.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 23.
[2] Rec. Doc. No. 28.
[3] Rec. Doc. No. 23.
Document Number: 39788