# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

WANDA BRUMFIELD

VERSUS

FARMERS INSURANCE COMPANY, ET AL.

CIVIL ACTION

16-690-SDD-RLB

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated November 15, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] filed by Wanda Brumfield is GRANTED and this matter is to be remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana on <u>November 30, 2017</u>.

_____
**JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1-6.
[2] Rec. Doc. 32.
[3] Rec. Doc. 31.

Jury